Courtyard Cafe
7600 Chippewa Rd
Brecksville, OH 44141

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/12/2019 | V3756460 |

**TOTAL NET PAY**
*********$56.62

**Brandon McConville**
6264 Gale Drive
Seven Hills, OH 44131

**NOT NEGOTIABLE**

| Statement of Earnings For: | Brandon McConville | | | | Courtyard Cafe | | | |
|---|---|---|---|---|---|---|---|---|
| Employee Number | 000088 | Company Id | 3861 | Period Begin | 6/24/2019 | 7600 Chippewa Rd | | |
| Pay Group | Bi-Weekly | Department | 300 | Period End | 7/7/2019 | Brecksville, OH 44141 | | |
| SSN | XXX-XX-8520 | | | Check Date | 7/12/2019 | | | |
| Federal Filing | Single | Res State OH | | | | OH Exemptions  0 | OH Additional | |
| Fed Exempts | 0 | Work State OH | | | | | | |
| Fed Additional | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3756460 | $0.00 | $197.97 | $56.62 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 4.3000 | 46.04 | 197.97 | 420.11 | 1,806.48 | SOC SEC EE | 44.49 | 406.05 | | | |
| Tips | | 0.00 | 519.52 | 0.00 | 4,742.66 | MED EE | 10.40 | 94.96 | | | |
| *Gross Receipts | | 0.00 | 3,557.58 | 0.00 | 29,420.26 | FEDERAL WH | 61.10 | 471.87 | | | |
| | | | | | | OHIO WH | 11.01 | 81.06 | | | |
| | | | | | | BRECKSVILLE | 14.35 | 130.99 | | | |
| Total: | | 46.04 | 717.49 | 420.11 | 6,549.14 | Total: | 141.35 | 1,184.93 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####0740 | Deposit Amount: 56.62 |

Courtyard Cafe
7600 Chippewa Rd
Brecksville, OH 44141

| CHECK DATE | VOUCHER |
|---|---|
| 7/26/2019 | V3800435 |

**TOTAL NET PAY**
********$56.14

**Brandon McConville**
6264 Gale Drive
Seven Hills, OH 44131

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Brandon McConville** | | | | | **Courtyard Cafe** | | |
|---|---|---|---|---|---|---|---|---|
| Employee Number | 000088 | Company Id | 3861 | Period Begin | 7/8/2019 | 7600 Chippewa Rd | | |
| Pay Group | Bi-Weekly | Department | 300 | Period End | 7/21/2019 | Brecksville, OH 44141 | | |
| SSN | XXX-XX-8520 | | | Check Date | 7/26/2019 | | | |
| Federal Filing | Single | Res State OH | | | | OH Exemptions | 0 | OH Additional |
| Fed Exempts | 0 | Work State OH | | | | | | |
| Fed Additional | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3800435 | $0.00 | $138.85 | $56.14 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 4.3000 | 32.29 | 138.85 | 452.40 | 1,945.33 | SOC SEC EE | 29.15 | 435.20 | | | |
| Tips | | 0.00 | 331.29 | 0.00 | 5,073.95 | MED EE | 6.82 | 101.78 | | | |
| *Gross Receipts | | 0.00 | 2,190.83 | 0.00 | 31,611.09 | FEDERAL WH | 32.40 | 504.27 | | | |
| | | | | | | OHIO WH | 4.94 | 86.00 | | | |
| | | | | | | BRECKSVILLE | 9.40 | 140.39 | | | |
| Total: | | 32.29 | 470.14 | 452.40 | 7,019.28 | Total: | 82.71 | 1,267.64 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####0740 | Deposit Amount: 56.14 |

Courtyard Cafe
7600 Chippewa Rd
Brecksville, OH 44141

| CHECK DATE |  |
|---|---|
| 8/9/2019 | V3846359 |

**TOTAL NET PAY**
*********$21.50

**Brandon McConville**
6264 Gale Drive
Seven Hills, OH 44131

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Brandon McConville** | | | | | **Courtyard Cafe** | | |
|---|---|---|---|---|---|---|---|---|
| Employee Number | 000088 | Company Id | 3861 | Period Begin | 7/22/2019 | 7600 Chippewa Rd | | |
| Pay Group | Bi-Weekly | Department | 300 | Period End | 8/4/2019 | Brecksville, OH 44141 | | |
| SSN | XXX-XX-8520 | | | Check Date | 8/9/2019 | | | |
| Federal Filing | Single | Res State OH | | | | OH Exemptions | 0 | OH Additional |
| Fed Exempts | 0 | Work State OH | | | | | | |
| Fed Additional | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3846359 | $0.00 | $170.02 | $21.50 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 4.3000 | 39.54 | 170.02 | 491.94 | 2,115.35 | SOC SEC EE | 46.31 | 481.51 | | | |
| Tips | | 0.00 | 576.93 | 0.00 | 5,650.88 | MED EE | 10.83 | 112.61 | | | |
| *Gross Receipts | | 0.00 | 3,473.19 | 0.00 | 35,084.28 | FEDERAL WH | 64.63 | 568.90 | | | |
| | | | | | | OHIO WH | 11.81 | 97.81 | | | |
| | | | | | | BRECKSVILLE | 14.94 | 155.33 | | | |
| **Total:** | | 39.54 | 746.95 | 491.94 | 7,766.23 | Total: | 148.52 | 1,416.16 | Total. | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####0740 | Deposit Amount: 21.50 |

Courtyard Cafe
7600 Chippewa Rd
Brecksville, OH 44141

| CHECK DATE | VOUCHER |
|---|---|
| 8/23/2019 | V3889323 |

**TOTAL NET PAY**
*********$54.21

**Brandon McConville**
6264 Gale Drive
Seven Hills, OH 44131

**NOT NEGOTIABLE**

| Statement of Earnings For: | Brandon McConville | | | | | Courtyard Cafe | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 000088 | Company Id | 3861 | Period Begin | 8/5/2019 | 7600 Chippewa Rd | | | |
| Pay Group | Bi-Weekly | Department | 300 | Period End | 8/18/2019 | Brecksville, OH 44141 | | | |
| SSN | XXX-XX-8520 | | | Check Date | 8/23/2019 | | | | |
| Federal Filing | Single | Res State OH | | | | OH Exemptions | 0 | OH Additional | |
| Fed Exempts | 0 | Work State OH | | | | | | | |
| Fed Additional | | | | | | | | | |
| Voucher Id | Check Amount | Gross Pay | | Net Pay | | | Check Message | | |
| V3889323 | $0.00 | $114.90 | | $54.21 | | | | | |

| EARNINGS | | | | | *Not Included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | | YTD | Description | Current | YTD |
| Regular | 4.3000 | 26.72 | 114.90 | 518.66 | 2,230.25 | SOC SEC EE | 22.83 | | 504.34 | | | |
| Tips | | 0.00 | 253.45 | 0.00 | 5,904.33 | MED EE | 5.34 | | 117.95 | | | |
| Sales Receipts | | 0.00 | 1,996.42 | 0.00 | 37,080.70 | FEDERAL WH | 22.22 | | 591.12 | | | |
| | | | | | | OHIO WH | 2.93 | | 100.74 | | | |
| | | | | | | BRECKSVILLE | 7.37 | | 162.70 | | | |
| Total: | | 26.72 | 368.35 | 518.66 | 8,134.58 | Total: | 60.69 | | 1,476.85 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####0740 | Deposit Amount: 54.21 |

Courtyard Cafe
7600 Chippewa Rd
Brecksville, OH 44141

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/6/2019 | V3931677 |

**TOTAL NET PAY**
*********$39.30

**Brandon McConville**
6264 Gale Drive
Seven Hills, OH 44131

**NOT NEGOTIABLE**

---

| Statement of Earnings For: | **Brandon McConville** | | | | | Courtyard Cafe | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 000088 | Company Id | 3861 | Period Begin | 8/19/2019 | 7600 Chippewa Rd | | | |
| Pay Group | Bi-Weekly | Department | 300 | Period End | 9/1/2019 | Brecksville, OH 44141 | | | |
| SSN | XXX-XX-8520 | | | Check Date | 9/6/2019 | | | | |
| Federal Filing | Single | Res State OH | | | | OH Exemptions | 0 | OH Additional | |
| Fed Exempts | 0 | Work State OH | | | | | | | |
| Fed Additional | | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3931677 | $0.00 | $166.11 | $39.30 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 4.3000 | 38.63 | 166.11 | 557.29 | 2,396.36 | SOC SEC EE | 40.78 | 545.12 | | | |
| Tips | | 0.00 | 491.61 | 0.00 | 6,395.94 | MED EE | 9.54 | 127.49 | | | |
| *Gross Receipts | | 0.00 | 3,460.06 | 0.00 | 40,540.76 | FEDERAL WH | 53.93 | 645.05 | | | |
| | | | | | | OHIO WH | 9.41 | 110.15 | | | |
| | | | | | | BRECKSVILLE | 13.15 | 175.85 | | | |
| **Total:** | | 38.63 | 657.72 | 557.29 | 8,792.30 | **Total:** | 126.81 | 1,603.66 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####0740 | Deposit Amount: 39.30 |