```
                              United States Bankruptcy Court
                                 Northern District of Ohio
In re:                                                              Case No. 19-15823-jps
Brandon McConville                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: athre              Page 1 of 1            Date Rcvd: Nov 04, 2019
                              Form ID: pdf853          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db             +Brandon McConville,    6264 Gale Drive,    Seven Hills, OH 44131-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 04 2019 23:38:53
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Kent State University
*              +Brandon McConville,    6264 Gale Drive,    Seven Hills,, OH 44131-3125
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
              John R. Cummins    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
              Keith D. Weiner    on behalf of Creditor    Kent State University bankruptcy@weinerlaw.com
              Robert D. Barr    barr-trustee@koehler.law,    rdb@trustesolutions.net
              Stephen R. Franks    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
              Todd A. Bobka    on behalf of Debtor Brandon  McConville tbobka@bnblawyers.com,
               notices@uprightlaw.com
                                                                                             TOTAL: 5

IT IS SO ORDERED.

Dated: 4 November, 2019 10:01 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 19-15823 |
| Brandon McConville | Chapter 7 |
| Debtor(s). | Judge Jessica E. Price Smith<br>* * * * * * * * * * * * * * * *<br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 10)**<br><br>2010 Audi S4, VIN# WAUBGAFLXAA153411 |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Bank of America, N.A. ("Creditor") (Docket 10). Creditor has alleged that good cause for granting the Motion exists, and that Brandon McConville ("Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise

19-035346_RKS

appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

      IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

      IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property described as 2010 Audi S4, VIN# WAUBGAFLXAA153411.

###

**SUBMITTED BY**:

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

   Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

   Robert D Barr, Chapter 7 Trustee, rbarr@dsb-law.com(notified by ecf)

   Todd A. Bobka, Attorney for Brandon McConville, tbobka@bnblawyers.com(notified by ecf)

   Brandon McConville, 6264 Gale Drive, Seven Hills, OH  44131
   (notified by regular US Mail)